**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FISH & WILDLIFE SERVICE, et al., <br><br> Defendants, <br><br> and <br><br> CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Defendant-Intervenors. | Case No: 1:25-cv-01048-RJL |

**JOINT MOTION FOR APPROVAL OF STIPULATED SETTLEMENT AGREEMENT**

Plaintiffs, American Forest Resource Council, Association of O&C Counties, Douglas County, Oregon, Lewis County, Washington, Siskiyou County, California, and Skamania County, California, and Federal Defendants U.S. Fish and Wildlife Service, and Doug Burgum, in his official capacity as Secretary of the U.S. Department of the Interior, jointly move the Court for entry of an Order approving the terms of their Stipulated Settlement Agreement ("Agreement") (attached hereto as Exhibit A), and dismissing this action with prejudice. The Agreement will resolve the claims in Plaintiffs' Complaint, which challenge the Service's November 10, 2021 final rule that revised the designated critical habitat for the northern spotted owl. Defendant-Intervenors Center for Biological Diversity, Bird Alliance of Oregon, Cascadia Wildlands, Conservation Northwest, Environmental Protection Information Center, Klamath Forest Alliance, Klamath-Siskiyou Wildlands Center, and Oregon Wild have stated that they will oppose this motion. As demonstrated

in the following memorandum, the terms of this Agreement are fair, reasonable, and in the public interest, and will cause no legal prejudice to Defendant-Intervenors.  Therefore, pursuant to the limited standard of review applicable to approval of settlement agreements, the Court should grant this motion over any objection by the Defendant-Intervenors, approve the Agreement, and dismiss the Complaint with prejudice.

Dated: May 14, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
NICOLE M. SMITH, Assistant Section Chief

/s/  Alison C. Finnegan
Alison C. Finnegan, Senior Trial Attorney
(Pennsylvania Bar No. 88519)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 532-3312; Fax: (202) 305-0275
alison.c.finnegan@usdoj.gov

Attorneys for Defendants U.S. Fish and Wildlife Service and Doug Burgum, in his official capacity as Secretary, U.S. Department of the Interior

/s/ Tyler G. Welti (with permission
TYLER G. WELTI (D.C. Bar No. 1015691)
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
415.653.3714
415.653.3755 (fax)
tgwelti@venable.com

Counsel for Plaintiffs, AMERICAN FOREST RE-SOURCE COUNCIL; ASSOCIATION OF O&C COUNTIES; DOUGLAS COUNTY, OREGON; LEWIS COUNTY, WASHINGTON; SISKIYOU

COUNTY, CALIFORNIA; and SKAMANIA
COUNTY, WASHINGTON