# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No: 1:25-cv-01048-RJL |
| U.S. FISH & WILDLIFE SERVICE, et al., | ) ) | |
| Defendants, | ) ) | **DECLARATION OF GINA SHULTZ** |
| and | ) ) | |
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) | |
| Intervenor-Defendants. | ) ) | |

I, Gina Shultz, declare and state as follows:

1. I am Acting Assistant Director for the Ecological Services Program of the U.S. Fish and Wildlife Service ("Service"), an agency of the U.S. Department of the Interior ("Department"), located in Washington, D.C. I have served in this position since February 10, 2025. In my capacity as the Acting Assistant Director for the Ecological Services Program, I am responsible to the Director of the Service and to the Secretary of the Interior ("Secretary") for the administration of the Endangered Species Act ("ESA"), 16 U.S.C. §§ 1531-1544, including determinations about whether species should be listed as threatened or endangered under the ESA and designations of critical habitat for ESA-listed species.

2. In my capacity as Acting Assistant Director, I oversee ESA listing and critical habitat workload planning and execution. I also review species petition findings, listing determinations, and critical habitat designations as they pass through the Service's Headquarters for final decision, and I participate in Departmental briefings on the regulatory packages for clearance to publish in the Federal Register. I make this declaration based on my knowledge of, and supervisory involvement in, the process of designating critical habitat, and based on information and briefings I have received from

1

appropriate officials with respect to a critical habitat determination for the northern spotted owl at issue in this lawsuit.

3.  The northern spotted owl ("NSO") occurs in Washington, Oregon, and California (Service Regions 1 and 8). Region 1 is the lead region within the Service for the NSO and the Oregon Ecological Services Fish and Wildlife Office ("OFWO") is the lead Field Office within Region 1 and that is charged with leading conservation efforts and carrying out classification-related decision processes for the spotted owl.

4.  Critical habitat for the NSO was originally designated in 1992. This critical habitat has been revised three times: in 2012, in January 2021, and in November 2021. 88 Fed. Reg. 62606 (Nov. 10, 2021). Revisions largely focused on proposed and ultimately adopted exclusions.

5.  The Service has initiated a rulemaking process to determine whether any areas designated as critical habitat for the NSO under the November 2021 critical habitat rule should be considered for exclusion. The work is ongoing, and we intend to submit a proposed revised critical habitat rule to the Office of the Federal Register no later than September 30, 2026.

6.  While the Service carries out this work and unless and until the Service makes a final determination to revise the NSO's critical habitat designation, the November 2021 critical habitat rule remains in effect.

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct to the best of my knowledge.

Executed in Washington, D.C., on this 11th day of May, 2026.

GINA SHULTZ

Digitally signed by GINA SHULTZ
Date: 2026.05.11
12:25:15 -04'00'

Gina Shultz
Acting Assistant Director for
Ecological Services
U.S. Fish and Wildlife Service

2