**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| U.S. FISH & WILDLIFE SERVICE, et al., | ) ) |
| Defendants, | ) ) |
| and | ) ) |
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) |
| Intervenor-Defendants. | ) ) ) |

Case No: 1:25-cv-01048-RJL

**STIPULATED MOTION FOR BRIEFING SCHEDULE ON JOINT MOTION FOR APPROVAL OF STIPULATED SETTLEMENT AGREEMENT AND TO HOLD DEADLINE FOR CERTIFIED LIST OF THE CONTENTS OF THE ADMINISTRATIVE RECORD IN ABEYANCE**

Federal Defendants, U.S. Fish and Wildlife Service, and Doug Burgum, in his official capacity as Secretary of the U.S. Department of the Interior; Plaintiffs American Forest Resource Council, Association of O&C Counties, Douglas County (Oregon), Lewis County (Washington), Siskiyou County (California), and Skamania County (Washington); and Intervenor-Defendants Center for Biological Diversity, Bird Alliance of Oregon, Cascadia Wildlands, Conservation Northwest, Environmental Protection Information Center, Klamath Forest Alliance, Klamath-Siskiyou Wildlands Center, and Oregon Wild, stipulate and jointly request that the Court enter a briefing schedule on the Joint Motion for Approval of Stipulated Settlement Agreement (Dkt. 46) and hold in abeyance the deadline for the filing of the certified list of the contents of the

administrative record as set forth in Local Rule 7(n)(1).  In support of this motion, Federal Defendants state as follows:

1.      On May 14, 2026, Federal Defendants, with Plaintiffs, filed a Joint Motion for Approval of Stipulated Settlement Agreement ("Joint Motion").  *See* Dkt. 46.  Intervenor-Defendants have stated that they intend to oppose the Joint Motion.  Their opposition memorandum is due on May 28, 2026.  *See* Local Rule 7(b).

2.      Intervenor-Defendants require an extension of time to file their opposition to the Joint Motion in light of other briefing deadlines, through and including June 5, 2026.  Federal Defendants and Plaintiffs do not object to this brief extension.

3.      Pursuant to Local Rule 7(d), any reply in support of the Joint Motion is due one week after the filing of the opposition memorandum.  Counsel for Federal Defendants has another filing deadline during that one week time period and anticipates that Federal Defendants will need additional time to prepare their response to Intervenor-Defendants' opposition in any event.  Accordingly, Federal Defendants seek an extension to file their reply in support of the Joint Motion through and including June 26, 2026.  Intervenor-Defendants do not object to this brief extension.

4.      Further, the current deadline to file the certified list of the contents of the administrative record is May 28, 2026.  *See* Minute Order (Apr. 28, 2026).  The Joint Motion, however, memorializes a settlement agreement between Federal Defendants and Plaintiffs and has the potential to resolve the litigation completely.  Accordingly, Federal Defendants request that the Court hold the May 28, 2026 deadline in abeyance pending the Court's ruling on the Joint Motion.

5.      Pursuant to Local Rule 7(m), counsel for the parties have conferred and agree to this stipulated briefing schedule and to the requested abeyance.

6.      Accordingly, the parties request that the Court enter the attached order.

Dated: May 18, 2026                              Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
NICOLE M. SMITH, Assistant Section Chief

/s/  Alison C. Finnegan
Alison C. Finnegan, Senior Trial Attorney
(Pennsylvania Bar No. 88519)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 532-3312; Fax: (202) 305-0275
alison.c.finnegan@usdoj.gov
Attorneys for Defendants

/s/  Tyler G. Welti (with permission)
TYLER G. WELTI (D.C. Bar No. 1015691)
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
415.653.3714
415.653.3755 (fax)
tgwelti@venable.com

Counsel for Plaintiffs, AMERICAN FOREST RE-
SOURCE COUNCIL; ASSOCIATION OF O&C
COUNTIES; DOUGLAS COUNTY, OREGON;
LEWIS COUNTY, WASHINGTON; SISKIYOU
COUNTY, CALIFORNIA; and SKAMANIA
COUNTY, WASHINGTON

/s/ Chelsea Stewart-Fusek (with permission)
CHELSEA STEWART-FUSEK
(D.C. Bar No. OR0029)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: (971) 717-6425
Email: cstewartfusek@biologicaldiversity.org

*Counsel for Defendant-Intervenor Center for Bio-
logical Diversity*

3

/s/   Susan Jane M. Brown (with permission)
SUSAN JANE M. BROWN
(OSB #054607; *admitted pro hac vice*)
Silvix Resources
4107 NE Couch Street
Portland, OR  97232
Phone: (503) 680-5513
Email: sjb@silvix.org

*Counsel for Defendant-Intervenors Klamath Siski-*
*you Wildlands Center, Cascadia Wildlands, Con-*
*servation Northwest, and Environmental Protection*
*Information Center*

/s/  David T. Woodsmall (with permission)
DAVID T. WOODSMALL
(OSB #240631; *admitted pro hac vice*)
SANGYE INCE-JOHANNSEN
(OSB #193827; *admitted pro hac vice*)
Western Environmental Law Center
120 Shelton McMurphey Boulevard, Suite 340
Eugene, OR 97401
Phone: (971) 285-3632
(541) 778-6626
Email: woodsmall@westernlaw.org
sangyeij@westernlaw.org

*Counsel for Defendant-Intervenors Oregon Wild,*
*Bird Alliance of Oregon, and Klamath Forest Alli-*
*ance*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Alison C. Finnegan

1